(Rev. 4/18)

# UNITED STATES PROBATION
# DISTRICT OF ARIZONA

## NOTICE OF RELATED CASES

**Defendant: Carlos Alberto Bautista-Valdez**

Current D/AZ Docket No: <u>**CR-24-01632-001-TUC-SHR (BGM)**</u>
New DAZ Docket No: <u>**CR-24-50037-TUC-SHR(BGM)**</u>

Local Rule Criminal 5.1(a)(2) Inter-District Probation and Supervised Release Transfer Cases. The Clerk of Court must randomly assign probation or supervised release cases transferred from another district to a District Judge in accordance with these rules, except that if a criminal case involving the same defendant has been filed in this district, the transferred case must be assigned to the same District Judge.

The Probation Office for the District of Arizona hereby notifies the Clerk's Office that:

On August 3, 2023, in Docket 2:23-CR-00182-002-DAK, Carlos Alberto Bautista-Valdez was sentenced in the U.S. District Court, District of Utah to Time Served to be followed by 36 months supervised release for Distribution of Fentanyl in violation of title 21 U.S.C. § 841(a)(1). The above-named defendant is pending charges in which has been assigned to the Honorable. Transfer of jurisdiction documents have been received and violation proceedings will be initiated in the District of Arizona.

_____ 4/11/2024
Daisy Manzo                  Date
US Probation Officer Assistant
Daisy_Manzo@azd.uscourts.gov

COURT/ CLERK'S OFFICE/ FILE