AO 442

# United States District Court
for the
**District of Utah**

| UNITED STATES OF AMERICA | CR-24-50037-TUC-SHR(BGM) |
|---|---|
| v. | Case No: 2:23-cr-00182-DAK-2 |
| **Armenta-Mendoza et al** | |

## ARREST WARRANT



To: The United States Marshal
and any authorized law enforcement officer

YOU ARE HEREBY COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay (name of person to be arrested)   **CARLOS ALBERTO BAUTISTA-VALDEZ**                                                                ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information
☐ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition
☒ Supervised Release Violation Petition

This offense is briefly described as follows:

**Alleged Violation of Conditions of Supervised Release**

in violation of _____   United States Code.

| Dale A. Kimball | United States District Judge |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| *El* (signature) | March 11, 2024 at Salt Lake City, Utah |
| Signature of Issuing Officer | Date and Location |
| By: Elizabeth Toscano, Deputy Clerk | |

Bail fixed _____ by _____
                                                          Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at   **Tucson**

| DATE RECEIVED  4/18/24 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER  USMS Custody |
|---|---|---|
| DATE OF ARREST  4/18/24 | | |

CC: PROBATION