

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| **United States of America** | **Case Number: CR-24-50037-001-TUC-SHR (BGM)** |
| v. | **CONSENT OF DEFENDANT AND ORDER OF REFERRAL** |
| Carlos Alberto Bautista-Valdez | **(Supervised Release/Probation Violation)** |

## ORDER OF REFERRAL

Defendant Carlos Alberto Bautista-Valdez having requested ☒ to enter an admission(s) or ☐ an evidentiary hearing regarding revocation and having consented to go forward with that proceeding before a United States Magistrate Judge, the Court refers the matter to Magistrate Judge Bruce G. Macdonald to make findings as follows:

That the Defendant, (1) is competent; (2) understands the violation allegation(s); and **in the event the Defendant chooses to enter an admission,** (3) the Defendant knowingly and voluntarily wishes to make the admission(s); and (4) there exists a factual basis for the admission(s).

If the Defendant chooses to admit the allegation(s), the Magistrate Judge is to make a recommendation as whether the admission should be accepted by the District Court.

**SO ORDERED:**

_____
Honorable Scott H. Rash
United States District Judge

## CONSENT OF DEFENDANT

After full consultation with counsel, I voluntarily consent to go forward with ☒ my admission(s) or ☐ evidentiary hearing re revocation before the United States Magistrate Judge.

I consent to the above referral

_Carlos ABV_
Defendant

_[signature]_
Counsel for Defendant

_[signature]_
Assistant U.S. Attorney

Dated this 26th day of April, 2024.